UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

LAVERN L. BERGER and
ELIZABETH A. BERGER

   Debtors.

BANKRUPTCY CASE NO. 11-30804
CHAPTER 11

# CERTIFICATE OF SERVICE

STATE OF NORTH DAKOTA )
           ) ss.
COUNTY OF GRAND FORKS )

  BRENDA R. DIPERSIO, being first duly sworn on oath, deposes and states as follows: she is a resident of the City of Grand Forks, Grand Forks County, State of North Dakota, is of legal age and not a party to or interested in the above entitled matter. That on the 1st day of December, 2011, affiant caused the following:

  1. **Application of Creditor Committee for Authority to Engage Legal Counsel**
  2. **Affidavit Of Proposed Attorney For Creditor Committee Regarding Application For Order Of Employment Under Rule 2014**

filed by the Clerk of Court, and a copy of the above-referenced documents was delivered to by email notification:

  Trustee: Bruce J. Gering  USTPRegion12.SX.ECF@usdoj.gov

  Michael E. Baum  mbaum@schaferandweiner.com

  Howard M. Borin  hborin@schaferandweiner.com

  Christian Hauser  Fax 248-334-0999

  Ryan D. Heilman  rheilman@schaferandweiner.com

      David L. Johnson    david.johnson@mlcfargolaw.com

and a copy of the above-referenced documents will be delivered to the people listed on the attached mailing matrix by U.S. Mail postage prepaid.

      /s/ Brenda R. DiPersio
      BRENDA R. DIPERSIO

Subscribed and sworn to before me this 1st day of December, 2011.

      /s/ Karen Syrstad
      Notary Public
      My Commission Expires:  6/24/15

```
Label Matrix for local noticing        Altendorf Trucking                     Cendak Farmers Union
0868-3                                 Contact Person: Marvin Altendorf       Contact Person: Joe Engels
Case 11-30804                          P.O. Box 319                           203 2nd Street
District of North Dakota               Minto, ND 58261-0319                   Maddock, ND 58348
Fargo
Thu Dec  1 14:32:22 CST 2011

Corbett Trucking, LLC                  General Equipment & Supplies, Inc.     Goose River State Bank
Contact Person: Ryan Corbett           PO Box 2145                            1009 Dakota Avenue
2519 St. Andrews Drive NW              Fargo, ND 58107-2145                   Hatton, ND 58240-4503
East Grand Forks, MN 56721-9040


Recovery Management Systems Corporation  Versacon, Inc.                      U.S. BANKRUPTCY COURT
25 S.E. 2nd Avenue, Suite 1120         9330 Zachary Lane                      655 1ST AVENUE NORTH, SUITE 210
Miami, Fl 33131-1605                   Maple Grove, MN 55369-3645             FARGO, ND 58102-4932



AFLAC                                  Acme Electric Tool Crib                Agassiz Seed & Supply
2534 17th Ave S                        1702 12th Ave N                        445 7th Street
Suite D-103                            Grand Forks, ND 58203-2312             West Fargo, ND 58078-1150
Grand Forks, ND 58201-5215


All Freight Inc                        Altendorf Trucking, Inc.               Altru Hosiptal
25 Lind Circle                         105 7th St                             1200 S Columbia Rd
Harwood, ND 58042-4102                 P.O. Box 319                           PO Box 13780
                                       Minto, ND 58261-0319                   Grand Forks, ND 58208-3780


AmeriPride Service                     American Tire Service, Inc.            Autoglass & After Market
5030 Gateway Drive                     1905 Gateway Dr                        2310 Gateway Drive
Grand Forks, ND 58203-1116             PO Box 12793                           Grand Forks, ND 58203-1409
                                       Grand Forks, ND 58208-2793


Barry A. Schwan                        Berger's BP - Landing Strip            Bert's Truck Equipment
803 College Drive N.                   100 A Ave                              2506 Business Hwy 2
Devils Lake, ND 58301-2007             Emerado, ND 58228-4109                 East Grand Forks, MN 56721-9266


Bill Streifel                          Blue Cross Blue Shield                 Bobcat of Grand Forks
6248 39th Street NE                    4510 13th Ave South                    3903 Gateway Drive
Oberon, ND 58357-9610                  Fargo, ND 58121-0001                   Grand Forks, ND 58203-0831


Bremer Bank                            Butler                                 Butler Machinery Co.
119 Towner Ave                         1201 S. 46th St.                       Attn: Troy Dewitz
Larimore, ND 58251-4310                Grand Forks, ND 58201-3806             P.O. Box 9559
                                                                              Fargo, ND 58106-9559


C. J. Coleman                          Cendak Farmers Union Oil               Century Electric, Inc.
2862 17th Ave NE                       203 2nd St                             915 S 48th St
Emerado, ND 58228-9772                 Maddock, ND 58348                      Grand Forks, ND 58201-3829
```

Citizens State Bank
300 Central Ave
Finley, ND 58230

Citizens State Bank of Finley
c/o Roger J. Minch
Serkland Law Firm
10 Roberts Street
PO Box 6017
Fargo, ND 58108-6017

City of Emerado
104 E Oldham Ave.
PO Box 130
Emerado, ND 58228-0130

Corbett Trucking, LLC
2519 St. Andrews Dr. NW
East Grand Forks, MN 56721-9040

David L. Johnson
McNair, Larson & Carlson, Ltd.
51 Broadway, Suite 600
P.O. Box 2189
Fargo, ND 58108-2189

Deere & Company
PO Box 6600
Johnston, IA 50131-6600

Dex East
PO Box 78041
Phoenix, AZ 85062-8041

Disbursing Operations Directorate
Attn: 3801 Limestone Field Site
Indianapolis, IN 46226-9339

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH  43054-3025

Dish Network
Dept 0063
Palatine, IL 60055-0063

Drees, Riskey & Vallager, Ltd.
1405 Library Circle
Grand Forks, ND 58201-6399

EVCO
1321 11th St SE
PO Box 1726
Detroit Lakes, MN 56502-1726

Ernest Rethemeier
2770 20th Ave NE
Arvilla, ND 58214-9420

FS Engineering
1600 Central Ave NE
P.O. Box 385
East Grand Forks, MN 56721-0385

Fargo Parts & Equipment, Inc.
4408 West Main Ave
Fargo, ND 58103-1011

Fargo Water Equipment
4557 15th Ave N
Fargo, ND 58102-2840

Farmers Union Oil - Devils Lake
600 Hwy 2 West
Devils Lake, ND 58301-2937

Fastenal
75 Gould St
PO Box 1286
Winona, MN 55987-7286

Fisher, Olson, & Juntunen, Ltd.
315 1st Ave N
Grand Forks, ND 58203-3701

Ford Credit
P.O. Box 64400
Colorado Springs, CO 80962-4400

Ford Motor Credit Company LLC
Attn: Michael M. Thomas
PO Box 2686
Fargo, ND  58108-2686

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

Frith & Steffan Law Office
609 4th Avenue NE
PO Box 1045
Devils Lakes, ND 58301-1045

GE Money Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

GF Finance, Inc.
1325 Demers Ave
Grand Forks, ND 58201-4339

General Equipment
4300 Main Ave
Fargo, ND 58103-1013

General Equipment & Supplies, Inc.
Vogel Law Firm
Attn:  Caren W. Stanley
PO Box 1389
Fargo, ND  58107-1389

General Steel and Supply Company
P.O. Box 1034
Dickinson, ND 58602-1034

Global Safety Network
2650 32nd Ave S
Ste K
Grand Forks, ND 58201-6541

| | | |
|---|---|---|
| Go-Fer Sanitation, Inc<br>4399 88th Ave NE<br>PO Box 712<br>Devils Lake, ND 58301-0712 | Goose River State Bank<br>c/o Michael L. Gust<br>Anderson, Bottrell, Sanden & Thompson<br>4132 30th Avenue South, Suite 100<br>P.O. Box 10247<br>Fargo, ND 58106-0247 | Grand Forks County Treasurer<br>151 South 4th Street<br>Grand Forks, ND 58201-4715 |
| Grand Forks Environmental Lab<br>503 South Fourth Street<br>P.O. Box 5200<br>Grand Forks, ND 58206-5200 | Grand Forks Fire Equipment<br>921 N 3rd St<br>Grand Forks, ND 58203-2407 | Grand Forks Utility Billing<br>255 N 4th St<br>P.O. Box 5518<br>Grand Forks, ND 58206-5518 |
| H.E. Everson Co.<br>2902 Gateway Dr<br>Grand Forks, ND 58203-0899 | Harry Godsey<br>323 Franklin Ave<br>Larimore, ND 58251 | Howard Borin, Esq.<br>Schafer and Weiner, PLLC<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304-5124 |
| ICS, Inc.<br>3102 N Washington St<br>Grand Forks, ND 58203-1224 | IRS<br>657 Second Ave North<br>Attn Dianne Kugler<br>Fargo, ND 58102-4727 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Interstate/23418<br>NW 7244<br>PO Box 1450<br>Minneapolis, MN 55485-7244 | JP Morgan<br>Attn: M-Bar-D - 37584<br>131 South Dearborn - 6th Floor<br>Chicago, IL 60603-5517 | JobsHQ<br>PO Box 6024<br>Fargo, ND 58108-6024 |
| John Deere Credit<br>6400 NW 86th Street<br>Johnston, IA 50131-3087 | John Deere Credit<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | Kartes Custom Snow Removal<br>210 12th Ave SE<br>Apt #3<br>Devils Lake, ND 58301-3241 |
| Knutson Printing Company<br>1323 University Avenue<br>Grand Forks, ND 58203-3431 | Kolenda Heating and Cooling<br>404 2nd Ave<br>PO Box 123<br>Northwood, ND 58267-0123 | (p)KOMATSU FINANCIAL LIMITED PARTNERSHIP<br>1701 W GOFF ROAD SUITE 1-300<br>ROLLING MEADOWS IL 60008-4208 |
| Lake Region Grain Coop.<br>3719 14th St NW<br>P.O. Box 782<br>Devils Lake, ND 58301-0782 | Lake Region Grain Cooperative<br>Lakota Grain<br>301 1st Ave<br>PO Box 339<br>Lakota, ND 58344-0339 | Lakeside Construction<br>1131 136th Ave NE<br>Finley, ND 58230-9455 |
| Lyle Carpenter Construction<br>9660 Highway 32<br>Walhalla, ND 58282-9712 | M & K Porta Potties<br>PO Box 12762<br>Grand Forks, ND 58208-2762 | M-Bar-D<br>1000 Holland Drive<br>Chicago, IL 60417-2120 |
| MSHA<br>P.O. Box 790390<br>St. Louis, MO 63179-0390 | Marco<br>1149 14th St S<br>Grand Forks, ND 58201-5450 | Marson Contractors, Inc.<br>3636 Quail Rd NE<br>Sauk Rapids, MN 56379-9444 |

| | | |
|---|---|---|
| McQuoid's Grocery<br>180 Main Street E<br>Minnewauken, MN 58351 | Michael L. Gust<br>Lowell P. Bottrell<br>Anderson, Bottrell, Sanden & Thompson<br>4132 30th Avenue South, Suite 100<br>P.O. Box 10247<br>Fargo, ND 58106-0247 | Midwest Testing<br>Terracon<br>PO Box 843358<br>Kansas City, MO 64184-3358 |
| Molstad Excavating, Inc.<br>705 South 48th Street<br>Grand Forks, ND 58201-3833 | Mutch Gas<br>723 Towner Ave<br>PO Box 458<br>Larimore, ND 58251-0458 | N.D. State Tax Commissioner<br>State Capitol<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0599 |
| NDSC<br>1640 Burnt Boat Drive<br>Bismarck, ND 58503-0802 | Napa Auto Parts<br>515 College Drive N<br>Devils Lake, ND 58301-2001 | Newman Sign Inc.<br>dba Newman Fence<br>1606 6th Ave SW<br>Jamestown, ND 58401-5328 |
| Nodak Electric Cooperative<br>4000 32nd Ave S<br>Box 13000<br>Grand Forks, ND 58201-5944 | North Central Rental & Leasing<br>3402 36th Street SW<br>Fargo, ND 58104-8804 | North Central Rental & Leasing<br>Attn: Troy DeWitz<br>P.O. Box 9559<br>Fargo, ND 58106-9559 |
| Northern Plains<br>PO Box 608<br>Cando, ND 58324-0608 | Northwest Scale, Inc.<br>2210 East Main Ave<br>Suite 2A<br>West Fargo, ND 58078-2221 | OK Tire Stores<br>590 8th Ave N<br>P.O. Box 221<br>Carrington, ND 58421-0221 |
| One Call Concepts, Inc.<br>7223 Parkway Dr.<br>Suite 210<br>Hanover, MD 21076-1392 | PDQ Sanitary Services<br>2450 N 44th St<br>Unit A<br>Grand Forks, ND 58203-1359 | Park Construction<br>500 73rd Ave<br>Suite 123<br>Minneapolis, MN 55432-1795 |
| Praxair<br>2205 N Washington St.<br>Grand Forks, ND 58203-1444 | Quam Construction Company, Inc.<br>4411 1st Ave W<br>P.O. Box 48<br>Willmar, MN 56201-0048 | Qwest<br>PO Box 1301<br>Minneapolis, MN 55483-0001 |
| RDO<br>6565 Gateway Drive<br>Grand Forks, ND 58203-1003 | RDO Equipment Co.<br>Attn: D. Hoven<br>P.O. Box 7160<br>Fargo, ND 58106-7160 | RDO Truck Centers<br>5315 Gateway Drive<br>PO Box 9030<br>Fargo, ND 58106-9030 |
| Reimer Welding<br>1011 11th Ave<br>P.O. Box 587<br>East Grand Forks, MN 56721-0587 | Reliance Associates, P.C.<br>c/o Joel Fremstad<br>P.O. Box 3143<br>Fargo, ND 58108-3143 | Rick Electric, Inc.<br>3010 24th Ave S<br>PO Box 159<br>Moorhead, MN 56561-0159 |
| Rivard's Turf & Forage<br>PO Box 245<br>Argyle, MN 56713-0245 | Secretary of State<br>600 E. Boulevard<br>Dept. 108<br>Bismarck, ND 58505-0500 | Securities and Exchange Commission<br>175 W. Jackson Blvd., Suite 900<br>Chicago, IL 60604-2908 |

| | | |
|---|---|---|
| Southside Welding and Machine<br>3739 38th St SW<br>Suite F<br>Fargo, ND 58104-6915 | State Disbursement Unit<br>PO Box 7280<br>Bismarck, ND 58507-7280 | State Tax Commissioner<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0550 |
| Stone's Mobile Radio, Inc.<br>550 47th Avenue South<br>Grand Forks, ND 58203 | Surplus Center, Inc.<br>1730 North Washington<br>Grand Forks, ND 58203-1426 | Svoboda Sanitation Service, Inc.<br>3276 Johnstown<br>Johnstown, ND 58235-4500 |
| Swanston Equipment<br>3450 Main Ave<br>PO Box 1963<br>Fargo, ND 58107-1963 | The Chamber<br>202 North Third Street<br>Grand Forks, ND 58203-3733 | Theco, Inc.<br>PO Box 1138<br>Maple Grove, MN 55311-6138 |
| Thune Insurance<br>1511 Hwy 59 South<br>P.O. Box 10<br>Thief River Falls, MN 56701-0010 | USA Attachments, Inc.<br>132 Charles Rd<br>King, NC 27021-8247 | United Lease & Finance<br>PO Box 9020<br>Fargo, ND 58106-9020 |
| Valley Petroleum<br>Po Box 13355<br>Grand Forks, ND 58208-3355 | Valley Truck<br>1717 Central Avenue NW<br>East Grand Forks, MN 56721-1310 | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Vern's Parking Lot Maintenance<br>2449 N 43rd Street<br>Grand Forks, ND 58203-1309 | Versacon, Inc.<br>c/o Anderson, Bottrell, Sanden & Thompso<br>Attn: Michael L. Gust<br>4132 30th Ave. S., Suite 100<br>P.O. Box 10247<br>Fargo, ND  58106-0247 | Vining Oil and Gas<br>8685 Hwy 2<br>Devils Lake, ND 58301-8721 |
| WEEDEX<br>20 Seward Avenue<br>PO Box 12176<br>Grand Forks, ND 58208-2176 | Western Sand & Gravel<br>985 25th Ave E.<br>Dickinson, ND 58601-6910 | Western Sand & Gravel, Inc.<br>c/o Ross H. Espeseth<br>Attorney at Law<br>PO Box 995<br>Bismarck, ND  58502-0995 |
| Yellow Book<br>Customer Service<br>PO Box 3162<br>Cedar Rapids, IA 52406-3162 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | Bruce J. Gering<br>Office of  United States Trustee<br>314 South Main Avenue, Suite 303<br>Sioux Falls, SD 57104-6462 |
| Christian Hauser<br>(Special Litigation Counsel)<br>Frasco Caponigro Wineman & Scheible,PLLC<br>1668 Telegraph Road<br>Suite 200<br>Bloomfield Hills, MI 48302-0016 | Christian Hauser<br>Frasco Caponigro Wineman & Scheible,PLLC<br>1668 Telegraph Road<br>Suite 200<br>Bloomfield Hills, MI 48302-0016 | Elizabeth A Berger<br>1826 25th St. NE<br>Emerado, ND 58228-9779 |
| Ernest Rethemeier<br>Contact Person: Ernest Rethemeier<br>2770 20th Avenue NE<br>Arvilla, ND 58214-9420 | Howard M. Borin<br>Schafer and Weiner, PLLC<br>40950 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304-5124 | Lavern L Berger<br>1826 25th St. NE<br>Emerado, ND 58228-9779 |

Michael E. Baum
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304-5124

Ryan D. Heilman
Schafer And Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304-5124

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit  MI  48255-0953

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citizens State Bank of Finley

(u)Ford Motor Credit Company LLC

(u)General Steel & Supply Co.

(u)Western Sand & Gravel, Inc.

(d)DAVID L. JOHNSON
McNair, Larson & Carlson, Ltd.
51 Broadway, Suite 600
P.O. Box 2189
Fargo, ND 58108-2189

End of Label Matrix
Mailable recipients    151
Bypassed recipients      5
Total                  156